**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVIAS TAYLOR, | : |
| Petitioner, | : Civ. No. 21-12788 (GC) |
| v. | : |
| UNITED STATES OF AMERICA, | : **MEMORANDUM & ORDER** |
| Respondent. | : |

**CASTNER, District Judge**

Petitioner, Davias Taylor ("Petitioner" or "Taylor"), is a federal prisoner proceeding *pro se* with an amended motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. (*See* ECF 3). Respondent has filed a response in opposition to Petitioner's amended § 2255 motion. (*See* ECF 10). Presently pending before the Court is Petitioner's Motion for a Status Update. (*See* ECF 11). In that Motion, Petitioner requests the Court provide him with areas of law that would be most beneficial to his case. (*See id.* at 1).

Advice by the Court to Petitioner would be plainly inappropriate. It is well-settled that a court cannot give legal advice to a *pro se* litigant. *See DiNoia v. Cumbo*, No. 12-3175, 2012 WL 5306274, at *2 (D.N.J. Oct. 26, 2012) (citations omitted). Accordingly, Petitioner's Motion for a Status Update will be denied.

Nevertheless, given that Petitioner is proceeding *pro se*, and construing his letter as possibly seeking to raise other arguments in support of his amended § 2255 motion, the Court will give Petitioner additional time in which to file a reply brief in support of this action should he elect to do so.

Accordingly, IT IS on this 7th day of November, 2023,

ORDERED that Petitioner's Motion for a Status Report (ECF 11), which is construed as Petitioner's request to the Court to provide him legal advice, is DENIED; and it is further

ORDERED that Petitioner shall have forty-five (45) days from the date of this Memorandum and Order in which to file a reply brief in support of this action should he elect to do so; and it is further

ORDERED that the Clerk shall serve on Petitioner by regular U.S. mail: (1) a copy of this Memorandum and Order; (2) a copy of the docket sheet in this action; and (3) a copy of Respondent's response in opposition to Petitioner's amended § 2255 motion. (ECF 10).

GEORGETTE CASTNER
United States District Judge